EMANUEL M. KAISER, Respondent, *v.* EDITH O. KAISER, Appellant.

*Husband and wife — divorce — when divorce procured by wife in another state no defense to action by husband for divorce on ground of adultery based upon marriage of wife to another man.*

*Kaiser* v. *Kaiser*, 192 App. Div. 400, affirmed.

(Argued February 1, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1920, unanimously affirming an interlocutory and final judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was for divorce on the ground of the alleged adultery of defendant. The complaint alleged that the defendant brought an action for divorce against the plaintiff in the state of Pennsylvania, or or about October 20, 1915, on the ground of cruel and barbarous treatment, and obtained a decree therein, by default, on or about August 7, 1916; that the plaintiff was not served with process therein in the state of Pennsylvania nor did plaintiff appear in said action; that the defendant thereafter married a citizen and resident of Pennsylvania and lived with him in that state as his wife.

*Louis Marshall* for appellant.

*I. Maurice Wormser* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.